UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62360-CIV-ALTONAGA/O'Sullivan

**JOAN WILLIAMS**,

  Plaintiff,

v.

**FIRST NATIONAL COLLECTION BUREAU, INC.**,

  Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Pending Settlement [ECF No. 27], filed on February 26, 2017. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 27th day of February, 2017.

              _/s/ Cecilia M. Altonaga_
              **CECILIA M. ALTONAGA**
              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record