## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:16-CV-62360-CMA

JOAN WILLIAMS,

    Plaintiff,

vs.

FIRST NATIONAL COLLECTION
BUREAU, INC.

    Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff JOAN WILLIAMS and Defendant FIRST NATIONAL COLLECTION BUREAU, INC., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: March 29, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph C. Proulx<br>**JOSEPH C. PROULX, ESQ.**<br>Florida Bar No.: 56830<br>E-mail:  cmchale@gsgfirm.com<br>GOLDEN SCAZ GAGAIN, PLLC<br>201 North Armenia Avenue<br>Tampa, Florida 33609-2303<br>Phone:   813-251-5500 | /s/ Jibrael S. Hindi            .<br>**JIBRAEL S. HINDI, ESQ.**<br>Florida Bar No.: 118259<br>E-mail:     jibrael@jibraellaw.com<br>THE LAW OFFICES OF JIBRAEL S. HINDI<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, Florida 33301<br>Phone:       954-907-1136<br>Fax:           855-529-9540 |
| AND | AND |
| /s/ Dale T. Golden<br>**DALE T. GOLDEN, ESQ.**<br>Florida Bar No.: 94080<br>E-mail:  dgolden@gsgfirm.com<br>GOLDEN SCAZ GAGAIN, PLLC<br>201 North Armenia Avenue<br>Tampa, Florida 33609-2303<br>Phone:   813-251-5500<br><br>*COUNSEL FOR DEFENDANT* | /s/ Thomas J. Patti            .<br>**THOMAS J. PATTI, ESQ.**<br>Florida Bar No.: 118377<br>E-mail:     tpatti@thomasjohnlaw.com<br>THOMAS-JOHN LAW, P.A.<br>110 SE 6th Street, Suite 1700<br>Fort Lauderdale, Florida 33301<br>Phone:       954-543-1325<br>Fax:           954-507-9975<br><br>*COUNSEL FOR PLAINTIFF* |